

## Court Of Appeals
### Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00639-CV

Baldemar Pena **HERNANDEZ**,
Appellant

v.

**INTERCAM CASA DE CAMBIO, S.A. DE C.V.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVQ-000150-D2
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Sandee Bryan Marion, Justice

Delivered and Filed:  November 25, 2009

DISMISSED FOR WANT OF PROSECUTION

On October 8, 2009, the trial court clerk filed a notice of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. We subsequently ordered appellant to provide written proof to this court that either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to

appeal without paying the clerk's fee. We cautioned appellant that if he failed to respond within the time provided, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not filed a response to our order, and the clerk's record has not been filed. We therefore order this appeal dismissed for want of prosecution.

PER CURIAM